United States Court of Appeals
FOR THE EIGHTH CIRCUIT
No. 98-1658

Virgil O. Hooker; Dora E. Hooker;      *
David O. Hooker; Gloria J.             *
Hooker,                                *
                                       *
           Appellants,                 *
                                       * Appeal from the United States
      v.                               * District Court for the
                                       * Eastern District of Arkansas.
Bentley E. Story,                      *
                                       *      [UNPUBLISHED]
           Appellee.                   *
                                  _____

Submitted: March 20, 1998

Filed: April 7, 1998
                                  _____

Before BOWMAN, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit
      Judges.
                                  _____

PER CURIAM.

      Virgil O. Hooker, Dora E. Hooker, David O. Hooker, and Gloria J. Hooker sued
an Arkansas state judge, alleging he had violated their constitutional rights by making
certain rulings in a prior foreclosure action brought against the Hookers.  The district

court[1] granted, on the basis of absolute judicial immunity, defendant's motion to dismiss, and denied the Hookers' postjudgment motions. Having carefully reviewed the record, we conclude the district court's rulings were clearly correct. Accordingly, we affirm. See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.